**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1296

SALEDA TAYLOR,

Plaintiff - Appellant,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.   James E. Gates, Magistrate Judge.   (7:13-cv-00220-JG)

Submitted:  February 29, 2016          Decided:  May 9, 2016

Amended:  May 9, 2016

Before KING, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Lee Davis, III, Lumberton, North Carolina, for Appellant.   Thomas G. Walker, United States Attorney, R.A. Renfer, Jr., Assistant United States Attorney, Amanda B. Gilman, Special Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saleda Taylor appeals the district court's order affirming the Commissioner's denial of a period of disability, disability insurance benefits, and supplemental security income. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm for the reasons stated by the district court. Taylor v. Colvin, No. 7:13-cv-00220-JG (E.D.N.C. Feb. 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Taylor has waived appellate review of her claims under Mascio v. Colvin, 780 F.3d 632 (4th Cir. 2015). See In re Under Seal, 749 F.3d 276, 285 (4th Cir. 2014) (recognizing issues raised for first time on appeal generally will not be considered); Holland v. Big River Minerals Corp., 181 F.3d 597, 605-06 (4th Cir. 1999) (describing limitations on exception based on intervening change in law).